UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE ZAGEL**

**08CR   425**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Violation: Title 18, United States Code, Section 1709 |
| VALORA MOTON | |

**MAGISTRATE JUDGE COX**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about January 15, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

VALORA MOTON

defendant herein, being a United States Postal Employee, did embezzle two first-class letters addressed to individuals herein identified as "Addressee A" and "Addressee B," which letters came into her possession intended to be conveyed by mail;

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

**FILED**

MAY 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT