# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 425 | **DATE** | 6/4/2008 |
| **CASE TITLE** | UNITED STATES vs. VALORA MOTON | | |

**DOCKET ENTRY TEXT**

The indictment is hereby ordered unsealed. Arraignment is set for 6/10/2008 at 10:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|