## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 425 | **DATE** | 6/10/2008 |
| **CASE TITLE** | UNITED STATES vs. VALORA MOTON | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to the indictment. Rule 16 conference deadline 6/17/2008. Pretrial motion deadline 7/1/2008. Bond set in the amount of $4,500 own recognizance. Federal Defender Panel attorney Matthew Joseph Madden appointed. Status hearing set for 7/8/2008 at 10:00 a.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 6/10/2008 to 7/8/2008. (X-T)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|