# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 425 | **DATE** | 8/5/2008 |
| **CASE TITLE** | UNITED STATES vs. VALORA MOTON | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty and enters a plea of guilty to the indictment. Defendant informed of her rights. Plea accepted and judgment of guilty entered. Presentence investigation report ordered. Sentencing set for 10/2/2008 at 2:00 p.m.

Docketing to mail notices.

00:15

Courtroom Deputy Initials: DW

04CR425 UNITED STATES vs. VALORA MOTON Page 1 of 1